## DE LAPPE v. SULLIVAN.

### Appeal from County Court of Lake County

*Per Curiam:* The questions submitted for adjudication in this cause are identical with those considered in the case of *De Lappe v. John Sullivan*, which has just been decided. The evidence in no way changes or modifies the conclusions there arrived at. This appeal will therefore be determined in the same way.

The judgment of the county court will be affirmed.

*Affirmed.*